AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
### for the
## NORTHERN DISTRICT OF CALIFORNIA

**JSW**

| | | |
|---|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUNDS, et al., | ) ) ) ) | CV 08   3987 |
| Plaintiff | ) ) | |
| v. | ) | Civil Action No. |
| LOMBARDO CONSTRUCTION, INC., dba LOMBARDO LATH PLASTER & DRYWALL, a California Corporation, | ) ) ) ) | |
| Defendant | ) | |

### Summons in a Civil Action

To: ADVANCED DRILLING WORKS, INC., and GREGORY G. UFFENS, individually,

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery St., Suite 2110
San Francisco, California 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

**Helen L. Almacen**

Deputy clerk's signature

Date:  AUG 2 1 2008

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*