AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUNDS, et al.,<br><br>Plaintiff<br>v.<br>LOMBARDO CONSTRUCTION, INC., dba LOMBARDO LATH PLASTER & DRYWALL, a California Corporation,<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. C-08-3987 JSW<br>)<br>)<br>)<br>)<br>) |

**Summons in a Civil Action**

To: LOMBARDO CONSTRUCTION, INC., dba LOMBARDO LATH PLASTER & DRYWALL

*(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery St., Suite 2110
San Francisco, California 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  8-27-08

BRENDA TOLBERT
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUNDS, et al.,

Plaintiff

v.

LOMBARDO CONSTRUCTION, INC., dba
LOMBARDO LATH PLASTER & DRYWALL,
a California Corporation,

Defendant

Civil Action No.

CV 08  3987  JSW

**Summons in a Civil Action**

To: ADVANCED DRILLING WORKS, INC., and GREGORY G. UFFENS, individually,

*(Defendant's name)*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Michele R. Stafford, Esq.
Saltzman & Johnson Law Corporation
44 Montgomery St., Suite 2110
San Francisco, California 94104

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: AUG 2 1 2008

Richard W. Wieking
Name of clerk of court

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*