Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUNDS, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUNDS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LOMBARDO CONSTRUCTION, INC., dba LOMBARDO LATH PLASTER & DRYWALL, a California Corporation, <br><br> Defendant. | Case No.: C08-3987 JSW <br><br> **PROOF OF SERVICE OF SUMMONS** |

///

///

///

///

///

///

///

PROOF OF SERVICE OF SUMMONS
CASE NO.: C08-3987 JSW

P:\CLIENTS\PATCL\Lombardo Construction\Pleadings\Complaint\C08-3987 JSW POS of Summons 090308.doc

| ATTORNEY NAME | TELEPHONE NO. |
|---|---|
| Muriel B. Kaplan, Esq. (SBN 124607)<br>Michelle R. Stafford, Esq. (SBN 172509)<br>SALTZMAN & JOHNSON LAW CORPORATION<br>44 Montgomery Street, Suite 2110<br>SAN FRANCISCO, CA 94104 | (415) 882-7900 |
| ATTORNEY FOR: **Plaintiffs** | |

| COURT |
|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

| SHORT NAME OF CASE |
|---|
| Painters v. Lombardo Construction |

| **PROOF OF SERVICE – Summons** | | COURT CASE NUMBER:<br>C08-3987 JSW |
|---|---|---|

I, Jeremy Hurd, declare:
I was instructed to serve process in the above-referenced matter on the following person or entity. I was on the dates therein mentioned over the age of eighteen years and not a party to the above-entitled action. The following facts are within my personal knowledge and if sworn as a witness I can and will truthfully and competently testify thereto.

I personally delivered copies of [SEE ATTACHED LIST OF DOCUMENTS] to:

Lombardo Construction, Inc.
dba Lombardo Lath Plaster & Drywall
2578 El Camino Real, Suite A
Prunedale, California 93907

**Date of Service:** August 25th, 2008
**Time of Service:** 3:35 pm

**Manner of Service:** Personal Service to Terri Lombardo, Corporate Secretary and a person authorized to accept service for the above party.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct and this declaration is executed on August 28th 2008 at San Francisco, California.

Godspeed Courier Services Inc
2130 Folsom St.
San Francisco, CA 94110
(415) 821 1000

Signature: _____ #1070
Name: Jeremy Hurd
Title: Independent Contractor

## PROOF OF SERVICE

**Bay Area Painters and Tapers Pension Trust Funds, et al., v.**
**Lombardo Construction, Inc., et al.**
*USDC Case No.: C08-3987 JSW*

LIST OF DOCUMENTS SERVED:

1) SUMMONS;

2) COMPLAINT;

3) DISPUTE RESOLUTION PROCEDURES in the NORTHERN DISTRICT of CALIFORNIA;

4) ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

5) STANDING ORDERS;

6) INSTRUCTIONS FOR COMPLETION OF ADR FORMS REGARDING SELECTION OF AN ADR PROCESS; STIPULATION AND [PROPOSED ORDER] SELECTING ADR PROCESS; NOTICE OF NEED FOR ADR PHONE CONFERENCE; ADR CERTIFICATION BY PARTIES AND COUNSEL;

7) NOTICE OF AVIALABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

8) CONSENTING TO A MAGISTRATE JUDGE"S JURISDICION IN THE NORTHERN DISTRICT OF CALIFORNIA;

9) WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO.