| | |
|---|---|
| 1 | Muriel B. Kaplan, Esq. (SBN 124607) |
| | Michele R. Stafford, Esq. (SBN 172509) |
| 2 | Shaamini A. Babu, Esq. (SBN 230704) |
| | SALTZMAN & JOHNSON LAW CORPORATION |
| 3 | 44 Montgomery Street, Suite 2110 |
| | San Francisco, CA 94104 |
| 4 | (415) 882-7900 |
| | (415) 882-9287 – Facsimile |
| 5 | mkaplan@sjlawcorp.com |
| | mstafford@sjlawcorp.com |
| 6 | sbabu@sjlawcorp.com |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C08-3987 JSW |
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| LOMBARDO CONSTRUCTION, INC., dba LOMBARDO LATH PLASTER & DRYWALL, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1), plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against defendant LOMBARDO CONSTRUCTION, INC., dba LOMBARDO LATH PLASTER & DRYWALL. Defendant has neither served an answer nor moved for summary judgment, and plaintiffs have not previously filed or dismissed any similar action against defendant.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

///

1  I declare under penalty of perjury that I am the attorney for the plaintiffs in the above
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 25th day of November, 2008, at San Francisco, California.

                                    SALTZMAN & JOHNSON
                                    LAW CORPORATION


                                    By:_____/S/_____
                                        Michele R. Stafford
                                        Attorneys for Plaintiffs

IT IS SO ORDERED.

   This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date: December 1, 2008            _____
                                  THE HONORABLE JEFFREY S. WHITE
                                  UNITED STATES DISTRICT COURT JUDGE

2
NOTICE OF VOLUNTARY DISMISSAL
CASE NO.: C08-3987 JSW